| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORMAN GOTCHER, JR., | |
| Plaintiff, | CASE NO. C18-1267-RAJ |
| v. | |
| KING COUNTY, *et al*., | ORDER REVOKING *IN FORMA PAUPERIS* STATUS AND DIRECTING PLAINTIFF TO PAY FILING FEE |
| Defendants. | |

The Court, having reviewed plaintiff's pleadings, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's *in forma pauperis* status is REVOKED.

(3) Plaintiff is directed to pay the $400 filing fee within ***thirty (30) days*** of the date on which this Order is signed. Failure to timely submit the requisite filing fee will result in immediate termination of this action.

ORDER REVOKING *IN FORMA PAUPERIS* STATUS AND DIRECTING PLAINTIFF TO PAY FILING FEE - 1

1     (4)     The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 12th day of March, 2019.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER REVOKING *IN FORMA PAUPERIS* STATUS AND DIRECTING PLAINTIFF TO PAY FILING FEE - 2